■ ALEX TISEO, Appellant, v WAYNE SMITH et al., Defendants, and VINCENT J. REILLY, JR., Respondent.—Appeal from an order of the Supreme Court (Hughes, J.), entered June 4, 1986 in Schoharie County, which granted the motion of defendant Vincent J. Reilly, Jr., for leave to serve a second amended answer and for summary judgment dismissing the complaint against him.

Order affirmed, with costs, upon the opinion of Justice Harold J. Hughes. Mahoney, P. J., Kane, Casey and Weiss, JJ., concur.